1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| COLLINS ELECTRICAL COMPANY, INC., | ) ) ) | Civil No. 09-CV-2574-JAH(WVG) |
| Plaintiffs, | ) ) | ORDER GRANTING JOINT MOTION FOR TELEPHONIC APPEARANCE AT |
| v. | ) ) | ENE (DOC. NO. 15) |
| STRAUB CONSTRUCTION, INC. ET AL, | ) ) ) | |
| Defendants. | ) ) | |

The Joint Motion for Telephonic Appearance at ENE (Doc. No. 15) is GRANTED. All excused from personal appearances must be available by phone.

DATED: March 19, 2010

                                                              Hon. William V. Gallo
                                                              U.S. Magistrate Judge